IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL MAZIQUE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:17-CV-01455-L |
| CONN APPLIANCES, INC. AND CONN CREDIT CORPORATION, INC., | § § § § § | |
| Defendants. | § § | |

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Cheryl Mazique by and through her undersigned counsel, hereby enters this Notice of Voluntary Dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure against Conn Appliances, Inc. and Conn Credit Corporation, Inc.

Dated: June 19, 2017                                Respectfully Submitted,

                                      By: /s/ Anthony P. Chester
                                        Anthony P. Chester
State Bar No. 24092253
**Hyde & Swigart**
1910 Pacific Ave, Suite 14155
Dallas, TX 75201
Phone: (952) 225-5333
Fax: (800) 635-6425
Email: tony@westcoastlitigation.com

Abbas Kazerounian, Esq.
State Bar No. 24090982
**Kazerouni Law Group, APC**
245 Fischer Ave, Unit D1
Costa Mesa, CA 92626
Phone: (800) 400-6808 Ext. 2
Fax: (800) 520-5523
Email: ak@kazlg.com

ATTORNEYS FOR PLAINTIFF